TO: DOCKET CLERK

19-00173

__ MAGISTRATE CASE NUMBER

OR     SECT. H MAG. 5

X  NO MAGISTRATE PAPERS WERE FOUND

for

NAME: **RODNEY J. STRAIN, JR. a/k/a JACK STRAIN**

Initials: **PLH**

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you