### UNITED STATES  DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-173 |
| VERSUS | SECTION "H" |
| RODNEY J STRAIN, JR | VIOLATION: 18:371; 18:1343, 18:1346, and 18:2; 18:666 (a)(1)(B) |

### NOTICE OF INITIAL APPEARANCE & ARRAIGNMENT

Take Notice that this criminal case has been set for INITIAL APPEARANCE & ARRAIGNMENT on SEPTEMBER 10, 2019  at 2:00 p.m., before MAGISTRATE JUDGE JANIS VAN MEERVELD, Hale Boggs Federal Building, Courtroom B309, 500 Poydras Street, New Orleans, LA 70130.

### **IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: August 29, 2019

WILLIAM W. BLEVINS, CLERK

TO:
Rodney J Strain, Jr (on Bond)

by:   **Erin Mouledous**
     **Case Manager**

**COUNSEL FOR DEFENDANT**
Billy Gibbens
909 Poydras St., Suite 1600
New Orleans, LA 70112

AUSA:  ELIZABETH A. PRIVITERA
JORDAN GINSBERG
New Orleans, LA 70130


U.S. Marshal

U.S. Probation Office - U.S. Pretrial Services


FOREIGN LANGUAGE INTERPRETER:

  NONE

If you change address,
notify Clerk of Court
by phone, 504-589-7600

Special Agent Dewayne Horner, FBI