UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-173** |
| v. | * | **SECTION: "H"** |
| **RODNEY J. STRAIN** | * | |
| (a/k/a "JACK STRAIN") | | |
| | * | |

\* \* \*

**UNITED STATES' MOTION FOR A PROTECTIVE ORDER
AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

**NOW INTO COURT,** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully moves the Court for the entry of a protective order governing discovery in this case. Counsel for the defendant has indicated that he has no opposition to this motion. A proposed order is attached.

In preparation for trial, the United States will provide extensive discovery, including tax returns, electronic communications, reports of interviews, and other documents. The Government anticipates that the discovery in this case will entail many thousands of pages of discovery in total. In the interest of providing complete discovery, and because a different treatment would be unduly burdensome, the Government will produce these materials to the defense with minimal redactions. This is a case involving allegations of honest services wire fraud and bribery, among others, and the discovery documents include numerous instances of individuals' personally identifiable information, including names, Social Security numbers, and addresses.

Federal Rule of Criminal Procedure 16(d)(1) provides, in pertinent part: "At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Pursuant to this provision, courts routinely issue protective orders.

Given the Government's strong interest in protecting both the personal identifying information of any third parties who might be referenced in discovery produced in this matter, and also the security of the defendant and other witnesses, the Government proposes a protective order with the following conditions:

a. The Government will provide all discovery to counsel for the defendant. Any and all discovery containing third-party personal identifying information (collectively, "Protected Material") shall not be used for any other purpose than preparing the defense in this matter.

b. Counsel for the defendant will make the Protected Material available for review by the defendant under such circumstances as to ensure that any personal identifying information and the identity of witnesses contained in the Protected Material is not disseminated publicly.

c. Defense counsel shall not permit other persons to copy the Protected Material, and shall not disseminate copies of the Protected Material, except that counsel may make any copies necessary for his work on the defense of this matter and may provide copies to his/her client(s), his/her staff and to third parties, such as experts, as may be necessary for his work on the defense of this matter, provided that, if counsel does so, counsel shall provide such persons with a copy of this protective order, shall advise such persons that the Protected Material is not to be further copied or disseminated, and shall have such persons return to them all copies of the Protected Material as soon as reasonably practical.

d, Prior to including any part of the Protected Material in any public filing, defense counsel will insure that any personal identifying information has been appropriately redacted, as required by Federal Rule of Criminal Procedure 49.1.

e. At the conclusion of litigation in this case, defense counsel shall collect and return all Protected Material, and copies thereof, to the Government, and delete any digital copies thereof. Defense counsel shall be expressly responsible for retrieving all copies disseminated to his client(s), his staff, and any third parties, and returning those copies to the Government.

f. This order may be revised by the Court at any time. Nothing in this order will preclude a defendant upon proper motion from seeking any additional discovery from the Government, or from conducting any independent investigation.

**WHEREFORE**, the United States respectfully moves this Court to enter the proposed protective order governing discovery in this case.

Respectfully,

PETER G. STRASSER
UNITED STATES ATTORNEY

*/s/ Jordan Ginsberg*
JORDAN GINSBERG
Assistant United States Attorney
United States Attorney's Office,
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Phone: (504) 680-3000

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

*/s /Jordan Ginsberg*
JORDAN GINSBERG
Assistant United States Attorney
United States Attorney's Office,
Eastern District of Louisiana