## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 19-173** |
| **v.** | * | **SECTION: "H"** |
| **JACK STRAIN** | * | |

\* \* \*

## DEFENDANT JACK STRAIN'S
## UNOPPOSED MOTION AND INCORPORATED MEMORANUM
## TO CONTINUE PRETRIAL CONFERENCE AND TRIAL

**NOW INTO COURT**, through undersigned counsel, comes defendant, Jack Strain, who respectfully requests that the pretrial conference and trial of this matter be continued and that new dates be selected at the status conference tentatively scheduled for November 1, 2019.

### I.

The trial in the above-captioned matter is scheduled for Tuesday, November 12, 2019 at 8:30 a.m., and the pretrial conference is scheduled for Wednesday, October 23, 2019 at 3:45 p.m.

### II.

Discovery in this matter is voluminous. The government has recently produced approximately 27,000 pages of materials, and another batch of discovery is forthcoming.

### III.

In order to allow undersigned counsel sufficient time to prepare a defense, defendant Jack Strain respectfully requests that the pre-trial conference and the trial be continued. The defendant respectfully requests that the parties be permitted to select new dates at the status conference that has been tentatively scheduled for November 1, 2019.

**IV.**

Title 18, United States Code, Section 3161(h)(7)(A) provides that any period of delay resulting from a continuance granted on the basis of a court's finding that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence. One of the factors which a judge shall consider in deciding whether to grant a continuance is whether the failure to grant such a continuance in the proceeding will result in a miscarriage of justice. *See* 18 U.S.C. 3161(h)(7)(B)(i).

**V.**

In view of the above considerations, granting this motion for a continuance would be in the best interest of justice and would outweigh the interests of the public and the defendants in a speedy trial.

**VI.**

The government does not oppose the defendant's request for a continuance.

**WHEREFORE**, for the reasons set forth above, defendant Jack Strain respectfully requests that the trial and pretrial conference in this matter be continued.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
SCHONEKAS, EVANS MCGOEY
 & MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
billy@semmlaw.com

*Attorney for Jack Strain*