# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 19-173** |
| v. | * | **SECTION: "H"** |
| **JACK STRAIN** | * | |
| | * * * | |

Considering the foregoing,

**IT IS HEREBY ORDERED** that the pretrial conference, presently set for Wednesday, October 23, 2019 at 3:45 p.m., is continued until _____.

**IT IS FURTHER ORDERED** that the trial, presently set for Tuesday, November 12, 2019 at 8:30 a.m., is continued until _____, pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

In granting this Motion for Continuance, the Court makes the following findings:

The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. The ends of justice will be served by allowing the defendant's counsel sufficient time to review the discovery provided by the government and prepare Mr. Strain's defense.

Accordingly, the Court finds the period of this continuance is excludable time under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

New Orleans, Louisiana, this _____ day of October, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE