MINUTE ENTRY
MILAZZO, J.
November 1, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 19-173** |
| **RODNEY STRAIN** | **SECTION "H"** |

## MINUTE ENTRY

On November 1, 2019, the Court held a preliminary status conference. Billy Gibbens participated on behalf of Defendant; Liz Privitera and Jordan Ginsberg participated on behalf of the Government.

**IT IS ORDERED** that trial in this matter is **SET** for July 20, 2020.

**IT IS FURTHER ORDERED** that a status conference is **SET** for May 13, 2020 at 1:30p.m.

(JS-10:15)