MINUTE ENTRY
MILAZZO, J.
May 13, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 19-173** |
| **RODNEY STRAIN** | **SECTION "H"** |

## MINUTE ENTRY

On May 13, 2020, the Court held a telephone status conference. Billy Gibbens participated on behalf of Defendant; Liz Privitera and Jordan Ginsberg participated on behalf of the Government.

**IT IS ORDERED** that a telephone status conference is **SET** for August 7, 2020 at 9:30a.m. Counsel for Defendant shall initiate the call and consolidate all parties onto one line before contacting chambers at 504-589-7585.

**IT IS FURTHER ORDERED** that the trial is **CONTINUED** and **RESET** for October 5, 2020 for two weeks.

In granting this Motion for Continuance, the Court makes the following findings: The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. The ends of justice will be served by allowing the defendant's counsel sufficient time to review the discovery provided by the government and prepare Mr. Strain's defense. Accordingly, the Court finds the period of this

continuance is excludable time under the Speedy Trial Act, Title 18, United States Code, Section 3161 et seq.

(JS-10:22)