UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-173** |
| **v.** | * | **SECTION: "H"** |
| **RODNEY J. STRAIN**<br>    **(a/k/a "JACK STRAIN")** | * | |
| | * | |

\* \* \*

## UNOPPOSED MOTION TO ADOPT A SCHEDULING ORDER

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorneys, who after consultation with counsel for the defense, submits for the Court's consideration the following scheduling order:[1]

## PURPOSES OF SCHEDULING ORDER

As this Court is well aware, a scheduling order will prevent delays and allow for the most efficient use of judicial resources. The scheduling order will prevent the Court from being faced with "last-minute" pretrial filings and surprises at trial that often result in unnecessary delay, confusion and prejudice.

On June 1, 2020, Billy Gibbens, counsel for the defendant, informed the Government that the defendant did not oppose the terms contained in the attached scheduling order.

---

[1] The scheduling order assumes a trial date of October 5, 2020. Should the trial date change, the dates and deadlines reflected in this order will automatically adjust to incorporate the change in trial date (*i.e.*, the number of days prior to trial for each deadline will remain the same).

**WHEREFORE**, the United States respectfully requests the Court to adopt the proposed scheduling order.

          Respectfully submitted,

          PETER G. STRASSER
          UNITED STATES ATTORNEY

          *s/ Jordan Ginsberg*
          JORDAN GINSBERG
          ELIZABETH PRIVITERA
          Assistant United States Attorneys
          650 Poydras Street, Suite 1600
          New Orleans, Louisiana  70130
          Tel: (504) 680-3000

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

          *s/ Jordan Ginsberg*
          JORDAN GINSBERG
          Assistant United States Attorney