MINUTE ENTRY
MILAZZO, J.
July 16, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 19-173** |
| **RODNEY STRAIN** | **SECTION "H"** |

## MINUTE ENTRY

On July 16, 2020, the Court held a telephone status conference. Billy Gibbens participated on behalf of Defendant; Liz Privitera and Jordan Ginsberg participated on behalf of the Government.

**IT IS ORDERED** that a telephone status conference is **SET** for September 14, 2020 at 9:30a.m. The parties shall call 888-273-3658 and use access code 1304800.

**IT IS FURTHER ORDERED** that the status conference currently set for August 7, 2002 is **CANCELED**.

**IT IS FURTHER ORDERED** that the trial is **CONTINUED** to be reset at the September status conference.

In continuing trial, the Court makes the following findings: The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. The ends of justice will be served by allowing the defendant's counsel sufficient time to

review the discovery provided by the government and prepare Mr. Strain's defense and in consideration of the outbreak of COVID-19 and the difficulties associated therewith. Accordingly, the Court finds the period of this continuance is excludable time under the Speedy Trial Act, Title 18, United States Code, Section 3161 et seq.

(JS-10:15)