MINUTE ENTRY
MILAZZO, J.
September 21, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 19-173** |
| **RODNEY STRAIN** | **SECTION "H"** |

## MINUTE ENTRY

On September 21, 2020, the Court held a telephone status conference. Billy Gibbens participated on behalf of Defendant; Liz Privitera and Jordan Ginsberg participated on behalf of the Government.

**IT IS ORDERED** that the trial is **SET** for April 19, 2021 and a Pre-Trial Conference is **SET** for April 1, 2021 at 4:00p.m.

In continuing trial, the Court makes the following findings: The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. The ends of justice will be served by allowing the defendant's counsel sufficient time to review the discovery provided by the government and prepare Mr. Strain's defense and in consideration of the outbreak of COVID-19 and the difficulties associated therewith. Accordingly, the Court finds the period of this continuance is excludable time under the Speedy Trial Act, Title 18, United States Code, Section 3161 et seq.



(JS-10:15)