UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V. | NO. 19-173 |
| RODNEY STRAIN, JR. | SEC. "H"(5) |

### NOTICE OF SCHEDULING CONFERENCE

A **SCHEDULING CONFERENCE** is set, by telephone, for **FEBRUARY 3, 2021 at 9:30 a.m.** for the purpose of selecting a new trial date and pre-trial conference. <u>**Counsel are to participate in the conference by dialing (877) 411-9748 and entering access code 7562821**</u>.  The Court's case manager will join the call as the host once all parties are on the line.

If any party has a conflict with the selected date or time of the conference, they should notify the case manager at the email address listed below.

                                         **JANE TRICHE MILAZZO**
                                         **UNITED STATES DISTRICT JUDGE**

                                         **Issued for the Court:**

                                         **By:   Erin Mouledous**
                                                 **Case Manager**
                                                 [Erin_Mouledous@laed.uscourts.gov](mailto:Erin_Mouledous@laed.uscourts.gov)