UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-173 |
| RODNEY J STRAIN, JR | SEC. "H" (5) |

### ORDER

On February 3, 2021, the case manager held a telephone scheduling conference. Billy Gibbens participated on behalf of Defendant; Jordan Ginsberg participated on behalf of the Government.

**IT IS ORDERED** that the April 19, 2021 trial is reset for **August 16, 2021**. The Pre-Trial Conference is reset for July 22, 2021 at 3:00p.m.

In continuing trial, the Court adopts the ends of justice language in General Order 21-1 and makes the following findings: The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. The ends of justice will be served by allowing the defendant's counsel sufficient time to review the discovery provided by the government and prepare Mr. Strain's defense and in consideration of the outbreak of COVID-19 and the difficulties associated therewith. Accordingly, the Court finds the period of this continuance is excludable time under the Speedy Trial Act, Title 18, United States Code, Section 3161 et seq.

**IT IS FURTHER ORDERED** that the parties should adhere to the guidelines/deadlines established by the Scheduling Order entered on June 8, 2020 at Rec. Doc. 24.

New Orleans, LA, this 4th day of February 2021

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE