# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 19-173** |
| **v.** | * | **SECTION: "H"** |
| **RODNEY JACK STRAIN, JR.** | * | |
| | * * * | |

## *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Rodney Jack Strain, Jr., who moves to enroll Gwyneth O'Neill of the law firm Schonekas, Evans, McGoey & McEachin, LLC, 909 Poydras Street, Suite 1600, New Orleans, LA 70112 as additional counsel of record on his behalf.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
Gwyneth O'Neill, 35944
Schonekas, Evans, McGoey & McEachin, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
billy@semmlaw.com
gwyneth@semmlaw.com

*Attorneys for Rodney Jack Strain, Jr.*