MINUTE ENTRY
MILAZZO, J.
November 10, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 19-173** |
| **RODNEY STRAIN** | **SECTION "H"** |

## MINUTE ENTRY

On November 10, 2021, the Court held a telephone status conference. Billy Gibbens participated on behalf of Defendant; Jordan Ginsberg and Liz Privitera participated on behalf of the Government.

**IT IS ORDERED** that the final stipulation deadline and the Government's deadline to provide defense with proposed exhibits and exhibit list are **CONTINUED** for 2 days.



(JS-10:05)